David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Antonio Ancheta*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO ANCHETA,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01431-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DIMSISS AND/OR AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>ECF No. 7 |

Antonio Ancheta ("Plaintiff"), by and through its counsel of record, together with Specialized Loan Servicing, LLC ("Defendant"), by and through its counsel, collectively the "Parties", hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss and/or an amended complaint to October 15, 2020.

Defendant's Motion to Dismiss was filed on September 14, 2020, and appears on the docket as ECF #5.  Plaintiff's deadline to respond to the Motion was September 28, 2020.  The reason for the extension is because Plaintiff needs additional time to examine and evaluate the arguments and legal analysis set forth in the Motion to Dismiss and evaluate whether to amend the Complaint or respond to the Motion to Dismiss.  The Parties have discussed the matter and have agreed to an extension to October 15, 2020 for Plaintiff to evaluate whether to amend the complaint or file a response to the Motion to Dismiss.  This is Plaintiff's first request for an extension and Defendant has agreed to the extension of time and will not be prejudiced by the extension.

Dated:  Dated September 30, 2020.

Submitted by:


/s/ Shawn W. Miller                              /s/ Mary E. Bacon
David H. Krieger, Esq.                           Mary E. Bacon, Esq.
Shawn W. Miller, Esq.                            SPENCER FANE, LLP
KRIEGER LAW GROUP, LLC                           300 South Fourth Street, Suite 950
2850 W. Horizon Ridge Pkwy., Suite 200           Las Vegas, Nevada 89101
Henderson, Nevada 89052                          **Attorneys for Specialized Loan**
*Attorneys for Plaintiff*                        **Servicing**,


### ORDER GRANTING EXTENSION OF TIME


IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2020

*(left margin)* **KRIEGER LAW GROUP, LLC**
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052