# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO ANCHETA,<br><br>    Plaintiff(s),<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant(s). | Case No.: 2:20-cv-01431-JAD-NJK<br><br>**ORDER** |

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than November 6, 2020.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge