Mary E. Bacon, Esq. (NV Bar No. 12686
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: mbacon@spencerfane.com
*Attorneys for Defendant Specialized Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTONIO ANCHETA,

               Plaintiff(s),

   vs.

SPECIALIZED LOAN SERVICING, LLC,

               Defendant(s).

Case No.: 2:20-CV-01431-JAD-NJK

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

     Specialized Loan Servicing, LLC ("Defendant"), by and through its counsel of record, together with by and through his counsel, Antonio Ancheta ("Plaintiff"), collectively the "Parties", hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Amended Complaint to December 18, 2020.

     Defendant's Motion to Dismiss was filed on September 14, 2020. Doc. No. 5.  The parties stipulated to extend the time for Plaintiff to respond to the Motion to Dismiss because Plaintiff was evaluating Defendant's arguments and the parties were discussing a possible settlement. Plaintiff ultimately filed an amended complaint on October 15, 2020. Doc. No. 9.

Defendant's deadline to respond to the Amended Complaint was November 5, 2020. The reason for the extension is because the parties are discussing settlement and there is an outstanding settlement demand and because Defendant needs additional time to examine and evaluate Plaintiff's Amended Complaint. The Parties have discussed the matter and have agreed to an extension to December 18, 2020 for Defendant to evaluate whether to settle, file an answer or file another motion to dismiss. This is Defendant's second request for an extension and Defendant has agreed to the extension of time and will not be prejudiced by the extension.[1]

Further, excusable neglect exists in this case because undersigned counsel's office had staff out due to the pandemic and undersigned counsel was recovering from surgery.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant filed a request for an extension on December 8, 2020 and that request was denied without prejudice. This stipulation requests the same extension as the first request.

1  Unfortunately, and as a result, the deadline to respond to Plaintiff's Amended Complaint
2
   was not calendared.
3
4       Dated December 9, 2020.
5       /s/ Shawn W. Miller                    /s/ Mary E. Bacon
6       David H. Krieger, Esq.                 Mary E. Bacon, Esq.
        Shawn W. Miller, Esq.                  SPENCER FANE, LLP
7       KRIEGER LAW GROUP, LLC                 300 South Fourth Street, Suite 950
        2850 W. Horizon Ridge Parkway          Las Vegas, Nevada 89101
8       Suite 200                              **Attorneys for Defendant**
        Henderson, Nevada 89052                **Specialized Loan Servicing, LLC**
9       **Attorneys for Plaintiff**
10      **Antonio Ancheta**
11
12
13
14                              **ORDER**
15      IT IS SO ORDERED.
16
17                              _____
                                United States Magistrate Judge
18
19                              Dated:  _December 10, 2020_    _____
20
21
22
23
24
25
26

-3-