# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO ANCHETA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No. 2:20-cv-01431-JAD-NJK<br><br>**ORDER** |

On March 24, 2021, the parties filed a notice advising the Court that a settlement had been reached in this case and that a stipulation of dismissal would be filed within 60 days. Docket No. 28. To date, the parties have neither filed a stipulation of dismissal nor requested an extension to do so. *See* Docket. Accordingly, the parties are hereby **ORDERED** to file a stipulation of dismissal, no later than May 28, 2021.

IT IS SO ORDERED.

Dated: May 25, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1