David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Antonio Ancheta*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO ANCHETA,<br><br>Plaintiff(s),<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendant(s). | Case No.: 2:20-CV-01431-JAD-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST SPECIALIZED LOAN SERVICING, LLC WITH PREJUDICE**<br><br>ECF No. 30 |

IT IS HEREBY STIPULATED by and between Antonio Ancheta ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("SPS"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and/or 41(a)(2). Accordingly, the Parties request that the Court dismiss Specialized Loan Servicing, LLC from this action with prejudice and that the matter be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on May 25, 2021.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Mary E. Bacon |
| David H. Krieger, Esq. | Mary E. Bacon, Esq. |
| Shawn W. Miller, Esq. | SPENCER FANE, LLP |
| KRIEGER LAW GROUP, LLC | 300 South Fourth Street, Suite 950 |
| 2850 W. Horizon Ridge Parkway | Las Vegas, Nevada 89101 |
| Suite 200 | Attorneys for Defendant |
| Henderson, Nevada 89052 | *Specialized Loan Servicing, LLC* |
| Attorneys for Plaintiff | |
| *Antonio Ancheta* | |

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 28, 2021